UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 6:23-cr-00152-PGB-LHP

XAVIER OMAR HERNANDEZ-GERENA

SUPPLEMENTAL MEMORANDUM TO MOTION FOR DETENTION HEARING

On behalf of the Defendant, the undersigned CJA counsel files this Supplemental Memorandum pursuant to the Court's February 15, 2024, Order. Dkt. 34. This memorandum supplements the Defendant's Motion for a Bond Hearing. Dkt. 33.

RELEVANT FACTS

1. The Defendant was indicted for being in felon in possession of a firearm in case number 6:23-cr-00152-PGB-LHP. Dkt. 7.

2. Since the Defendant was on supervised release at the time of the alleged possession of a firearm, the government determined he violated the terms of his supervised release and petitioned the Court for an arrest warrant in case number 6:22-00108-PGB-LHP. Dkt. 2.

3. The Defendant appeared before Magistrate Judge Norway on February 7, 2024, and was detained on both charges but provided the opportunity to motion the Court for a detention hearing at a later time. 6:23-cr-00152-PGB-LHP. Dkt. 30; 6:22-00108-PGB-LHP. Dkt. 17.

4. The undersigned CJA counsel filed a Motion for a Bond Hearing on February 14, 2024, but only did so in case number 6:23-cr-00152-PGB-LHP. The intent, however, was for the Court to decide the issue of detention for both the criminal charge and the violation of supervised release.

## MEMORANDUM OF LAW

Pursuant to 18 U.S.C. Section 3142 a defendant is entitled to a detention hearing to determine if he is a flight risk or danger to the community. Under Federal Rule of Criminal Procedure 32.1, *Revoking or Modifying Probation or Supervised Release*, a magistrate judge may release or detain the person under 18 U.S.C. §3143(a)(1) pending further proceedings. The defendant has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. With the charged supervised release violations arising out of the conduct charged in the criminal indictment, a single detention hearing would be appropriate.

WHEREFORE, the Defendant moves this Court to schedule a detention hearing for both cases on the dates provided in his Motion for a Detention Hearing.[1]

---

[11] In addition to the dates provided in the Motion for a Detention Hearing, the undersigned CJA counsel is available the afternoon of February 28th, February 29th, and March 1st.

Respectfully submitted,

/s/ Dan Eckhart
Dan Eckhart, Esq.
Florida Bar No. 488674
200 E. Robinson St., Suite 1150
Orlando, FL 32801
Ph:  407.276.0500
Fx:   407.513.4146
dan@daneckhartlaw.com

CERTIFICATE OF SERVICE

On February 16, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to AUSA McNeff.

/s/ Dan Eckhart
Dan Eckhart, Esq.
Florida Bar No. 488674